

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
at Greenbelt

| | | | |
|---|---|---|---|
| In re: | * | | |
| Adriana Turcios-Escamilla, | * | Case No. | 16-20379-WIL |
| | * | Chapter | 7 |
| | * | | |
| Debtor. | * | | |

## MEMORANDUM TO DEBTOR

      The Debtor commenced this case by filing a voluntary Chapter 7 petition on August 2, 2016. On August 16, 2016, the Debtor filed an Amended Social Security Number Verification Page. On August 18, 2016, the Court entered an Order Requiring Correction of Social Security Number (the "Order Requiring Correction"). The Order Requiring Correction advised the Debtor that the social security number set forth in her petition was incorrect and required the Debtor to serve a signed statement with the Debtor's corrected social security number upon the United States Trustee, the Chapter 7 Trustee, all creditors and parties-in-interest, and credit reporting companies in accordance with instructions from the Office of the United States Trustee. The Order further required the Debtor to file a certificate of service within seven days after such service. Although the Debtor has filed a corrected Statement of Social Security Number, it does not appear that the Debtor served the corrected Statement as required by the Order Requiring Correction. Accordingly, by **October 3,**

**2016**, the Debtor shall serve a copy of her corrected Statement of Social Security Number as required by the Order Requiring Correction and shall file a certificate of service certifying such service with this Court.

**The Debtor's failure to comply with this Memorandum will result in the dismissal of this case.**

cc:  Debtor - *Pro Se*
 Chapter 7 Trustee
 United States Trustee

**End of Memorandum**